UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-62555-CIV-LENARD/O'SULLIVAN

VANTAGE HOSPITALITY GROUP,
INC., f/k/a BEST VALUE INN
BRAND MEMBERSHIP, INC.,
a Florida corporation,
    Plaintiff,

v.

SANJAY PATEL, d/b/a AMERICAS
BEST VALUE INN,
    Defendant.
_____/

## ORDER

THIS MATTER comes before the Court on the Plaintiff's Motion for Default Judgment (DE# 12, 5/18/11). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the defendant shall file a response to the Plaintiff's Motion for Default Judgment (DE# 12, 5/18/11) on or before **Thursday, June 9, 2011**. The failure to file a response may result in a recommendation that the Plaintiff's Motion for Default Judgment (DE# 12, 5/18/11) be granted in its entirety. Rule 7.1(c), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> [E]ach party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**.

S.D. Fla. L.R. 7.1(c) (Emphasis supplied).

DONE AND ORDERED, in Chambers, in Miami, Florida, this **19th** day of May, 2011.

                                                                       _____
                                                                       JOHN J. O'SULLIVAN
                                                                       UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Lenard
All counsel of record

Copies mailed by Chambers to:
Sanjay Patel
839 E. Main St.
Santa Maria, CA 93454